**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-6678**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD JEREMY KNOWLES,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., District Judge. (CR-96-907-6, CA-99-1140-20-AK)

---

Submitted: July 30, 1999             Decided: August 12, 1999

---

Before MURNAGHAN, ERVIN, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ronald Jeremy Knowles, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant, Ronald Jeremy Knowles, seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Knowles, Nos. CR-96-907-6; CA-99-1140-AK (D.S.C. Apr. 28, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED